Ryan Lander
Monroe County Jail
130 Plymouth Ave South
Rochester, New York 14614

MARCH 15, 2016  R.L.
~~December 30, 2015~~  R.L.



Hon. Richard J. Arcara
United States District Court
2 Niagara Square
Buffalo, New York 14202

Re.   United States v. Ryan C. Lander   #13MJ552  [13CL151]

Dear Judge Arcara,

I have been held in various jails, pending prosecution, since my arrest on March 15, 2013. On February 4, 2015, I signed a Plea Agreement before you, offered by AUSA Prosecutor Kathleen Lynch and my assigned counsel, Attorney Barry N. Covert. This Plea Agreement is why I am writing you today.

It has been nearly a year since I signed the agreement. I haven't felt right about it since that day. Both Mr. Covert and my father, with whom I am very close, pressured me to sign by saying there was no other viable option since this was the Federal Government and my word would not be considered credible against that of the arresting officers. At the time of my arrest I was hospitable and cooperated fully even though I suspected the officer's conduct was unconstitutional. Mr. Covert told me later that I shouldn't have done that. He also told me that not signing the plea would result in a retaliatory worse end.

I have never seen the allegedly incriminating evidence and I have asked for detailed information several times both verbally and in writing. Each time my attorney brushed me off with vague responses or "we've been over that". Mr. Covert has offered me no defense and minimal representation. I should be represented as innocent until proven guilty and he has not done that. He has also stated to my father "If someone did this to my kids I'd shoot them", which exemplifies his predisposition. Also, I haven't seen the PSI which was finished March 30, 2015.

Following my request, my father paid a Rochester attorney $1500 for a second opinion. After a brief look at my case he said he would charge fifty to one hundred thousand dollars and could offer no guarantee because of the prejudicial nature of the crime. I do not have access to that kind of money for a real defense attorney. Granted, Mr. Covert has been very cordial towards my family but my case seems to have struck a chord within his heart making it difficult for him to represent me. Thus, I respectfully ask for the appointment of a different attorney who will be able to help me more effectively. With all this said, and in the interest of justice, I humbly request to withdraw my guilty plea. Please contact me directly, at the above address.

Respectfully,

*[signature]*

Ryan Lander

Cc.   Attorney Barry N. Covert, AUSA Kathleen A. Lynch

LAWYER
MCJ
130 Plymouth Ave S.
Rochester, NY 14614

USDC-WDNY
MAR 18 2016
BUFFALO

CONFIDENTIAL LEGAL MAIL

ROCHESTER NY 144
15 MAR 2016 PM 2 L

Judge

Hon. Richard J. Arcara
U.S. District Court
2 Niagra Square
Buffalo, NY 14202

1420233093

