UNITED STATES DISTRICT COURT
FILED
AUG 6 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
WESTERN DISTRICT OF NEW YORK

File Number 13-CR-151-A

UNITED STATES OF AMERICA )
*Plaintiff,* )
v. ) Notice of Appeal

RYAN C. LANDER )
)
*Defendant.* )

Notice is hereby given that RYAN C. LANDER (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the SECOND Circuit (from the final judgment) (from an order (describing it)) entered in this action on the FIRST day of ~~August~~, 2018 .

scheduling a hearing on the Defendant's Motion for reconsideration of his motion to withdraw his guilty plea and determining that the Defendant has waived his attorney-client privilege with respect to all communications with his erstwhile attorney that the attorney reasonably believes necessary to disprove the allegations of the Defendant contained in his Motion.

Patrick J. Brown, Esq.

Attorney for Ryan C. Lander

147 Linwood Avenue
Buffalo NY 14209